MOSES H. MAGNUS, Appellant, *v.* ROYAL JEWELRY MANUFACTURING COMPANY, Respondent.

*Magnus v. Royal Jewelry Mfg. Co.,* 180 App. Div. 891, affirmed.

(Submitted January 23, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 30, 1917, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of a contract of employment, whereby defendant employed plaintiff as a traveling salesman and agreed to advance $250 a month to him, beside traveling expenses not exceeding $60 a week; it was also provided that " All such advances shall be charged against his commissions and if the commissions actually earned shall not equal the amount of such advances Magnus agrees to reimburse the company therefor. Six months after date either party shall have the right to discontinue. If the total sums advanced for drawing account and commissions shall exceed the total commissions actually earned, the company shall have the right to discontinue such advances until the total commissions actually earned shall equal the total amount advanced." The complaint stated, as the first cause of action, the substance of the contract, and that he worked thereunder from January 1, 1914, till August 28, 1914, but was not paid salary for the months of May, June, July and August, 1914, the $1,000 due therefor, except $437.50, and demanded the $562.50 balance. The second cause was that on August 27, 1914, he was unwarrantably discharged, without cause, in violation of the contract, and was thereafter refused supplies, advances, etc., to his damage in the sum of $4,000.

35

*Jacob Manheim* and *Louis Pleshet* for appellant.

*Meier Steinbrink, Frank E. Johnson, Jr.,* and *Abraham Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.